**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00150-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IVAN ALEJANDRO CORONADO-CRUZ,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND SETTING
CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 19) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for May 29, 2009 and the three-day jury trial set to commence on June 15, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) <u>no later than June 1, 2009</u> to set this matter for a Change of Plea Hearing.

    DATED: May __26__, 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge