## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Case No. 09-cr-00150-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IVAN ALEJANDRO CORONADO-CRUZ,

    Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING

Pursuant to the telephone conference between counsel and Chambers staff, and in response to the Notice of Disposition (Doc. # 19), a Change of Plea hearing is set for **July 17, 2009 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on July 15, 2009**.  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  Defense counsel is responsible for coordinating with the interpreter to ensure that both the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty are translated, in writing, furnished to defendant and signed by defendant in advance of the change of plea hearing.  The original and one copy of these documents should be delivered to the

true

courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

DATED:  June   1st  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge