**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes                    Date: October 13, 2009
Court Reporter: Darlene Martinez
Probation Officer: Keith Williams
Interpreter: Marcela Salazar

─────────────────────────────────────────────

Criminal Action No. 09-cr-00150-CMA

*Parties:*                                            *Counsel:*

UNITED STATES OF AMERICA,                             David Conner

          Plaintiff,

v.

IVAN ALEJANDRO CORONADO-CRUZ,                         Brian Leedy

          Defendant.

─────────────────────────────────────────────

## SENTENCING MINUTES
─────────────────────────────────────────────

**4:02 p.m.      Court in session**.

Defendant present; in custody.

Interpreter sworn.

Change of Plea Hearing: July 17, 2009.

Defendant plead guilty to Counts Two, Three, and Eight of the Indictment.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**      Government's Oral Motion to Dismiss Counts is **granted**.

**ORDER:**     Government's Oral Motion Regarding Acceptance of Responsibility is **granted**.

**ORDER:**     Defendant's Motion for Variant Sentence **(26)** is **granted**.

**Defendant sentenced as reflected in the record**.

Defendant advised of the right to appeal.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**4:24 p.m.     Court in recess/hearing concluded**.

Total in-court time: 00:22